| | |
|---|---|
| 1 | David J. Feldman, Esq. |
| | Nevada Bar No. 5947 |
| 2 | THE FELDMAN FIRM |
| | 8831 West Sahara Avenue |
| 3 | Las Vegas, Nevada 89117 |
| | Telephone: (702) 949-5096 |
| 4 | Facsimile: (702) 949-5097 |
| | dfeldman@feldmangraf.com |
| 5 | *Attorneys for Defendant Mid-Century Insurance* |
| | *Company* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| EMMANUEL HERNANDEZ, an individual, | ) | Case No.: 2:18-cv-01221-RFB-VCF |
| Plaintiff, | ) | |
| vs. | ) | |
| FARMERS INSURANCE EXCHANGE, a California corporation; and MID-CENTURY INSURANCE COMPANY, a California corporation; DOES I through X, inclusive, and ROE BUSINESS ENTITIES I through X, inclusive, | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the Plaintiff Emmanuel Hernandez, by and through his counsel of record, Dale A. Hayes, Jr., Esq. of The Hayes Law Firm and Defendants Farmers Insurance Exchange and Mid-Century Insurance Company, by and through their counsel of record, David J. Feldman, Esq. of The Feldman Firm, that Case No 2:18-cv-01221-RFB-VCF

. . .

. . .

. . .

. . .

. . .

. . .

1

entitled *Emmanuel Hernandez v. Farmers Insurance Exchange and Mid-Century Insurance Company*, is hereby dismissed with prejudice and that all parties agree to bear their own attorneys' fees and costs and any interest.

**IT IS SO STIPULATED.**

Dated: 9/17/18                                               Dated: 9/17/18

/s/ David J. Feldman
David J. Feldman, Esq.
Nevada Bar No. 5947
THE FELDMAN FIRM
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
*Attorneys for Defendant Mid-Century Insurance Company*

/s/ Dale A. Hayes, Jr.
Dale A. Hayes, Jr., Esq.
Nevada Bar No.: 9056
THE HAYES LAW FIRM
4735 S. Durango Drive, Suite 105
Las Vegas, Nv 89147
Telephone: (702) 656-0808
Facsimile: (702) 655-1047
Dhayes@hayeslawnv.com
*Attorneys for Plaintiff Emmanuel Hernandez*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: September 19, 2018.